```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 07980
   GARY L ZEINERT
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-1560


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/01/07 .

   2.  The case was dismissed without confirmation, 08/17/2007.

-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                           PAID           PAID
-----------------------------------------------------------------------
ACCREDITED HOME LENDERS    CURRENT MORTG        .00            .00            .00
ACCREDITED HOME LENDERS    MORTGAGE ARRE   NOT FILED           .00            .00
COMED                      UNSECURED       NOT FILED           .00            .00
FUTURE DIAGNOSTICS GROUP   UNSECURED       NOT FILED           .00            .00
JOLIET MEDICAL GROUP       UNSECURED       NOT FILED           .00            .00
NICOR GAS                  UNSECURED       NOT FILED           .00            .00
OSBY WATER CONDITIONING    UNSECURED       NOT FILED           .00            .00
SBC AMERITECH              UNSECURED       NOT FILED           .00            .00
SPRINT                     UNSECURED       NOT FILED           .00            .00
         Summary of disbursements:
-----------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00          .00          .00          .00           .00
PRINCIPAL PAID          .00          .00          .00          .00           .00
INTEREST PAID           .00          .00          .00          .00           .00
TOTAL PAID              .00          .00          .00          .00           .00
The Debtor's attorney, ROBERT V SCHALLER            , was allowed $   3500.00
and was paid $    393.00   direct and $      .00  through the plan.

The Trustee received $         .00 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



     Dated: 11/16/07                   /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 07980 GARY L ZEINERT
```